# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sophia Lewis, | No. CV-24-03370-PHX-ROS |
| Plaintiff, | **ORDER** |
| v. | |
| American Express Company, | |
| Defendant. | |

I hereby recuse myself from any further action in the above-captioned matter.

**IT IS ORDERED** this case be reassigned, by lot, to another judge in the District of Arizona.

**IT IS FURTHER ORDERED** that this matter has been reassigned by random lot to the Honorable Dominic W. Lanza. All future pleadings and papers submitted for filing shall bear the following complete case number: CV-24-03370-PHX-DWL.

Dated this 2nd day of December, 2024.

Honorable Roslyn O. Silver
Senior United States District Judge