Amy Gittler (State Bar No. 004977)
Amy.Gittler@jacksonlewis.com
JACKSON LEWIS P.C.
2111 E. Highland Avenue, Suite B-250
Phoenix, AZ 85016
Telephone: (602) 714-7044

David Nenni (admitted *pro hac vice*)
David.Nenni@jacksonlewis.com
JACKSON LEWIS P.C.
201 E. 5TH Street
Cincinnati, OH 45202
Telephone: (513) 898-0050

Michael Delikat (admitted *pro hac vice*)
mdelikat@orrick.com
Mark Thompson (admitted *pro hac vice*)
mthompson@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 W 52nd Street
New York, NY 10019
Telephone: (212) 506-5000

*Attorneys for Defendant American Express Company*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Sophia R. Lewis,<br><br>              Plaintiff,<br><br>*v.*<br><br>American Express Company,<br><br>              Defendant. | Case No:  2:24-cv-03370-PHX-DWL<br><br>**CORPORATE DISCLOSURE STATEMENT** |

This Corporate Disclosure Statement is filed on behalf of Defendant American Express Company, a nongovernmental corporate party to an action in a district court, in compliance with the provisions of Rule 7.1, Federal Rules of Civil Procedure, and states:

American Express Travel Related Services Company, Inc. ("TRS") is the correct party defendant, and Plaintiff's former employer.  TRS is a wholly-owned subsidiary of

Defendant American Express Company, which is a publicly traded corporation (NYSE:AXP). Berkshire Hathaway Inc. (NYSE:BRKA) owns more than 10% of the stock of American Express Company.

DATED: February 3, 2025.

JACKSON LEWIS P.C.

By: /s/ *Amy J. Gittler*
Amy Gittler
JACKSON LEWIS P.C.
2111 E. Highland Avenue
Suite B-250
Phoenix, AZ 85016
Telephone: (602) 714-7044
Amy.Gittler@jacksonlewis.com
-and-
David Nenni (admitted *pro hac vice*)
JACKSON LEWIS P.C
PNC Building, Floor 26
201 E. 5th St.
Cincinnati, Ohio 45202
Telephone: (513) 898-0050
David.Nenni@jacksonlewis.com

Michael Delikat (admitted *pro hac vice*)
Mark Thompson (admitted *pro hac vice*)
Orrick, Herrington & Sutcliffe LLP
51 W 52nd St,
New York, NY 10019
Telephone: (212) 506-5000
mdelikat@orrick.com
mthomspon@orrick.com

Attorneys for Defendant American Express Company

2

## CERTIFICATE OF SERVICE

I hereby certify that on February 3, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Stephani Lynne Ayers
**TM Guyer & Ayers & Friends P.C.**
P.O. Box 1061
Medford, OR 97501
stephani@whistleblowerdefenders.com
Attorneys for Plaintiff

By: */s/ Amalia Tafoya*

4932-2458-8819, v. 4

3