Amy Gittler (State Bar No. 004977)
Amy.Gittler@jacksonlewis.com
JACKSON LEWIS P.C.
2111 E. Highland Avenue, Suite B-250
Phoenix, AZ 85016
Telephone: (602) 714-7044

David Nenni (admitted *pro hac vice*)
David.Nenni@jacksonlewis.com
JACKSON LEWIS P.C.
201 E. 5TH Street
Cincinnati, OH 45202
Telephone: (513) 898-0050

Michael Delikat (admitted *pro hac vice*)
mdelikat@orrick.com
Mark Thompson (admitted *pro hac vice*)
mthompson@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 W 52nd Street
New York, NY 10019
Telephone: (212) 506-5000

*Attorneys for Defendant American Express Company*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Sophia R. Lewis,<br><br>            Plaintiff,<br><br>v.<br><br>American Express Company,<br><br>            Defendant. | Case No:  2:24-cv-03370-PHX-DWL<br><br><br>**NOTICE OF ERRATA** |

On February 3, 2025, Defendant American Express Company filed a Motion to Dismiss Plaintiff's Complaint [Dkt. 9] and Motion for Judicial Notice. [Dkt. 11] The Motion to Dismiss incorrectly references Defendant's Request for Judicial Notice ("RJN"). [Dkt. 9, p. 2, line 18, passim]

All references in the Motion to Dismiss [Dkt. 9] to Defendant's Request for Judicial Notice ("RJN") should be replaced with "Defendant's Motion for Judicial Notice ("MJN")."

DATED:  February 4, 2025.

JACKSON LEWIS P.C.

By: /s/ *Amy J. Gittler*
        Amy Gittler
        Jackson Lewis P.C.
        2111 E. Highland Avenue
        Suite B-250
        Phoenix, AZ 85016
        Telephone: (602) 714-7044
        Amy.Gittler@jacksonlewis.com
        -and-
        David Nenni (admitted *pro hac vice*)
        Jackson Lewis P.C.
        PNC Building, Floor 26
        201 E. 5th St.
        Cincinnati, Ohio 45202
        Telephone: (513) 898-0050
        David.Nenni@jacksonlewis.com

        Michael Delikat (admitted *pro hac vice*)
        Mark Thompson (admitted *pro hac vice*)
        Orrick, Herrington & Sutcliffe LLP
        51 W 52nd St,
        New York, NY 10019
        Telephone: (212) 506-5000
        mdelikat@orrick.com
        mthomspon@orrick.com

        Attorneys for Defendant American
        Express Company

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 4, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Stephani Lynne Ayers
**TM Guyer & Ayers & Friends P.C.**
P.O. Box 1061
Medford, OR 97501
stephani@whistleblowerdefenders.com
Attorneys for Plaintiff

By: */s/ Amalia Tafoya*

4925-5565-9542, v. 3

3