Amy.Gittler@jacksonlewis.com
JACKSON LEWIS P.C.
2111 E. Highland Avenue, Suite B-250
Phoenix, AZ 85016
Telephone: (602) 714-7044

David Nenni (admitted *pro hac vice*)
David.Nenni@jacksonlewis.com
JACKSON LEWIS P.C.
201 E. 5TH Street
Cincinnati, OH 45202
Telephone: (513) 898-0050

Michael Delikat (admitted *pro hac vice*)
mdelikat@orrick.com
Mark Thompson (admitted *pro hac vice*)
mthompson@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 W 52nd Street
New York, NY 10019
Telephone: (212) 506-5000

*Attorneys for Defendant American Express Company*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Sophia R. Lewis,<br><br>   Plaintiff,<br><br>v.<br><br>American Express Company,<br><br>   Defendant. | Case No:  2:24-cv-03370-PHX-DWL<br><br>**JOINT MOTION FOR ENLARGEMENT OF TIME** |

Pending before this Court are Defendant's Motion to Dismiss [Dkt. 9] and Defendant's Motion for Judicial Notice in Support of Motion to Dismiss [Dkt. 11] (the "Motions").  Due to the travel schedules, vacations, and other court deadlines of counsel for both sides, the parties mutually agree and request that the Court allow an additional fourteen (14) days for each side to respond and reply to the Motions.  Accordingly, Plaintiff requests an enlargement of time from February 17, 2025, to March 3, 2025, to file responses to the Motions and Defendant requests an enlargement of time from March 10, 2025, to March 24, 2025, to file replies to the Motions.

This Motion is filed in good faith and not for the purpose of delay.

DATED:  February 11, 2025.

JACKSON LEWIS P.C.

By: /s/ *Amy J. Gittler*
Amy Gittler
Jackson Lewis P.C.
2111 E. Highland Avenue
Suite B-250
Phoenix, AZ 85016
Telephone: (602) 714-7044
Amy.Gittler@jacksonlewis.com
-and-
David Nenni (admitted *pro hac vice*)
Jackson Lewis P.C.
PNC Building, Floor 26
201 E. 5th St.
Cincinnati, Ohio 45202
Telephone: (513) 898-0050
David.Nenni@jacksonlewis.com

Michael Delikat (admitted *pro hac vice*)
Mark Thompson (admitted *pro hac vice*)
Orrick, Herrington & Sutcliffe LLP
51 W 52nd St,
New York, NY 10019
Telephone: (212) 506-5000
mdelikat@orrick.com
mthomspon@orrick.com

Attorneys for Defendant American
Express Company

By: /s/ *Stephani Lynne Ayers (with permission)*
Stephani Ayers (admitted *pro hac vice*)
P.O. Box 1061
Medford, OR 97501
stephani@whistleblowerdefenders.com
Attorneys for Plaintiff

2

## CERTIFICATE OF SERVICE

I hereby certify that on February 11, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Stephani Lynne Ayers
P.O. Box 1061
Medford, OR 97501
stephani@whistleblowerdefenders.com
Attorneys for Plaintiff

By: */s/ Amalia Tafoya*

4932-9960-8345, v. 2