Amy Gittler (State Bar No. 004977)
Amy.Gittler@jacksonlewis.com
JACKSON LEWIS, P.C.
2111 E. Highland Avenue, Suite B-250
Phoenix, AZ 85016
Telephone: (602) 714-7044

David Nenni (admitted *pro hac vice*)
David.Nenni@jacksonlewis.com
JACKSON LEWIS, P.C.
201 E. 5th Street
Cincinnati, OH 45202
Telephone: (513) 898-0050

Michael Delikat (admitted *pro hac vice*)
mdelikat@orrick.com
Mark Thompson (admitted *pro hac vice*)
mthompson@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 W 52nd Street
New York, NY 10019
Telephone: (212) 506-5000

*Attorneys for Defendant American Express Company*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| SOPHIA R. LEWIS,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN EXPRESS COMPANY,<br><br>Defendant. | Case No.: 2:24-cv-03370-DWL<br><br>**DEFENDANT'S SUPPLEMENTAL AUTHORITY TO ITS MOTION FOR JUDICIAL NOTICE IN SUPPORT OF ITS REPLY TO MOTION TO DISMISS PLAINTIFF'S COMPLAINT** |

A district court may take judicial notice of facts that are generally known within its jurisdiction, or that "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(2); *see also Mazgaj v. Galvez*, No. 3:24-CV-00776-JAH-AHG, 2025 WL 642016, at *1 n.3 (S.D. Cal. Feb. 27, 2025) (noting that "existence of briefing from another case may be judicially noticeable").

In addition to the documents originally included with its Motion for Judicial Notice, Dkt. 11, Defendant American Express Company hereby requests that in connection with its Reply in Support of Its Motion to Dismiss, the Court take judicial notice of the following documents:

- Exhibit O: Brief of Appellee Andrea Gail Jones, *Jones v. Southpeak Interactive Corp. of Del.*, 777 F.3d 658 (4th Cir. 2015) (No. 13-2399), 2014 WL 2115956.

- Exhibit P: Memorandum of Points and Authorities in Support of Defendant Department of Labor's Motion to Dismiss, or, in the Alternative, for Summary Judgment, *Moldauer v. Constellation Brands Inc*., 87 F. Supp. 3d 148 (D.D.C. 2015) (No. 1:14-cv-01984 (CRC)), 2015 WL 5885582.

The Court may take notice of Exhibits O-P because the authenticity of the briefing contained therein cannot be contested. These briefs are available on Westlaw and are attached to this motion for judicial notice for the convenience of the Court and the parties.

For the foregoing reasons, Defendant respectfully requests that this Court take judicial notice of Exhibits O-P in connection with Defendant's Motion to Dismiss.

Dated:  March 24, 2025

1

By   *s/ Amy J. Gittler*
Amy Gittler
Jackson Lewis, P.C.
2111 E. Highland Avenue
Suite B-250
Phoenix, AZ 85016
Telephone: (602) 714-7044
Amy.Gittler@jacksonlewis.com
-and-
David Nenni (admitted *pro hac vice*)
Jackson Lewis, P.C
PNC Building, Floor 26
201 E. 5th Street
Cincinnati, Ohio 45202
Telephone: (513) 898-0050
David.Nenni@jacksonlewis.com

Michael Delikat (admitted *pro hac vice*)
Mark Thompson (admitted *pro hac vice*)
Orrick, Herrington & Sutcliffe LLP
51 W 52nd Street
New York, NY 10019
Telephone: (212) 506-5000
mdelikat@orrick.com
mthomspon@orrick.com

Attorneys for Defendant American Express
Company

2

**CERTIFICATE OF SERVICE**

I hereby certify that on March 24, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Stephani Lynne Ayers
**TM Guyer & Ayers & Friends P.C.**
P.O. Box 1061
Medford, OR 97501
stephani@whistleblowerdefenders.com
Attorneys for Plaintiff

By: */s/ Amalia Tafoya*

4927-8820-3310, v. 1

5