Amy J. Gittler (State Bar No. 004977)
Amy.Gittler@jacksonlewis.com
JACKSON LEWIS P.C.
2111 E. Highland Avenue, Suite B-250
Phoenix, AZ 85016
Telephone: (602) 714-7044

David Nenni (admitted *pro hac vice*)
David.Nenni@jacksonlewis.com
JACKSON LEWIS P.C.
201 E. 5th Street
Cincinnati, OH 45202
Telephone: (513) 898-0050

Michael Delikat (admitted *pro hac vice*)
mdelikat@orrick.com
Mark Thompson (admitted *pro hac vice*)
mthompson@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 W 52nd Street
New York, NY 10019
Telephone: (212) 506-5000

*Attorneys for Defendant American Express Company*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Sophia R. Lewis,<br><br>        Plaintiff,<br><br>v.<br><br>American Express Company,<br><br>        Defendant. | Case No:  2:24-cv-03370-PHX-DWL<br><br>**STIPULATED MOTION FOR ENLARGEMENT OF TIME FOR DEFENDANT TO ANSWER**<br><br>**(First request)** |

Based on the Court's ruling denying Defendant's Motion to Dismiss [Doc. 23], Defendant's Answer is due on July 25, 2025.  Plaintiff's Complaint is 33 pages long and approximately 100 paragraphs, requiring detailed time to prepare an answer.  Moreover, Defendant's counsel and clients currently are on vacation, or have upcoming vacations. For these reasons, Defendant's counsel has requested, and Plaintiff has agreed, that

Defendant may have an additional 28 days to answer the complaint—through August 22, 2025.

This Stipulation is filed in good faith and not for the purpose of delay.

DATED:  July 15, 2025.

**JACKSON LEWIS P.C.**

By: */s/ Amy J. Gittler*
    Amy Gittler
    Jackson Lewis P.C.
    2111 E. Highland Avenue
    Suite B-250
    Phoenix, AZ 85016
    Telephone: (602) 714-7044
    Amy.Gittler@jacksonlewis.com

**TM Guyer & Ayers & Friends P.C.**

By:/s/ *Stephanie Lynne Ayers (with permission)*
    Stephani Lynne Ayers
    P.O. Box 1061
    Medford, OR 97501

**CERTIFICATE OF SERVICE**

I hereby certify that on July 15, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Stephani Lynne Ayers
**TM Guyer & Ayers & Friends P.C.**
P.O. Box 1061
Medford, OR 97501
stephani@whistleblowerdefenders.com

Attorneys for Plaintiff

By: _/s/ Amalia Tafoya_

4905-9671-7909, v. 3