Stephani L. Ayers, Esq., *Pro Hac Vice (Wash Bar #31610)*
Law Office of S.L. Ayers
P.O. Box 1061
Medford, OR 97501
Washington State #31610
stephani@whistleblowerdefenders.com
Tel: 813.382.7865

Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

SOPHIA LEWIS,

    Plaintiff,

v.

AMERICAN EXPRESS COMPANY,

    Defendant.

Case No.    2:24-cv-03370-PHX-DWL

**[FIRST REQUEST] UNOPPOSED MOTION FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE OPPOSITION TO MOTION FOR AN ORDER PERMITTING INTERLOCUTORY APPEAL**

Plaintiff Lewis respectfully submits this Unopposed Motion For Extension of Time for Plaintiff to File Opposition to Motion for an Order Permitting Interlocutory Appeal. Defendant is unopposed to this Motion.

Plaintiff requests a 7-day extension such that her opposition due date will be moved from August 22, 2025 to August 29, 2025. The good cause supporting this Motion is:

(1) When Plaintiff's counsel began this case, she was a part-time contract attorney for the Government Accountability Project (GAP). However, this summer she became GAP's Deputy Litigation Director, and she is now responsible for overseeing the litigation docket of this national non-profit with the mission of protecting federal and private employee whistleblowers.  GAP is facing unprecedented demands for their legal services, due to changes in the legal system and government, and this position created substantial new professional responsibilities, in addition to directly litigating specific GAP cases, including direct and indirect supervision over the full GAP litigation docket and GAP staff attorneys, including filings this week with various regulatory agencies and courts.

(2) Lead counsel enlisted the assistance of GAP contract attorney for research and drafting, but he has similarly experienced the unprecedented uptick in the demand for legal services, including multiple filings this week with various regulatory agencies and courts and scheduled court appearances next week

Government Accountability Project
1612 K St, NW, Suite 808
Washington, DC 20006

*-2-*   *OPP TO MOTION TO DISMISS*

Due to these deadlines and court appearances, counsel needs a brief extension to finish their opposition.

Plaintiff thus respectfully requests a brief 7- day extension.

Dated: August 22, 2025.

Respectfully submitted,

_____s/Stephani L. Ayers_____
Stephani L. Ayers, *Pro Hac Vice* (Washington #31610)
Law Office of S.L. Ayers
4701 Admiral Way SW #276
Seattle, WA 98116
(813) 382-7865
stephani@whistleblowerdefenders.com

On behalf of the Government Accountability Project
1612 K St., NW #808
Washington, DC 20006
(202) 408-0034

Attorneys for Plaintiff

Government Accountability Project
1612 K St, NW, Suite 808
Washington, DC 20006

*-3-*    **OPP TO MOTION TO DISMISS**