✎ AO 435
AZ Form (Rev. 10/2023)

Administrative Office of the United States Courts

**TRANSCRIPT ORDER**

| FOR COURT USE ONLY |
|---|
| DUE DATE: |

| 1. NAME Mark R. Thompson | 2. PHONE NUMBER 212-506-5178 | 3. DATE 11/6/2025 |
|---|---|---|

| 4. FIRM NAME Orrick, Herrington & Sutcliffe LLP |
|---|

| 5. MAILING ADDRESS 51 W. 52nd Street | 6. CITY New York | 7. STATE NY | 8. ZIP CODE 10019 |
|---|---|---|---|

| 9. CASE NUMBER 24-cv-3370 | 10. JUDGE Dominic W. Lanza | DATES OF PROCEEDINGS | |
|---|---|---|---|
| | | 11. 11/4/2025 | 12. |

| 13. CASE NAME Lewis v. American Express Company | LOCATION OF PROCEEDINGS | |
|---|---|---|
| | 14. CITY Phoenix | 15. STATE Arizona |

**16. ORDER FOR**

- [ ] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [x] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER (Specify)

**17. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested.)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [x] OTHER (Specify) | 11/4/2025 Entire Hearing |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

**18. ORDER**

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FIRST COPY | # OF ADDITIONAL COPIES | DELIVERY INSTRUCTIONS (Check all that apply.) | ESTIMATED COSTS |
|---|---|---|---|---|---|
| 30-Day (Ordinary) | [ ] | [ ] | | | |
| 14-Day Transcript | [ ] | [ ] | | [ ] PAPER COPY | |
| 7-Day (Expedited) | [ ] | [ ] | | | |
| 3 -Day Transcript | [ ] | [ ] | | [ ] PDF (e-mail) | |
| Next-Day (Daily) | [x] | [ ] | | | |
| 2-Hour (Hourly) | [ ] | [ ] | | [ ] ASCII (e-mail) | |
| Realtime Transcript | [ ] | [ ] | | | |

E-MAIL ADDRESS

mthompson@orrick.com

CERTIFICATION (19. & 20.)  By signing below, I certify that I will pay all charges (deposit plus additional).

**NOTE:  IF ORDERING MORE THAN ONE FORMAT, THERE WILL BE AN ADDITIONAL CHARGE.**

19. SIGNATURE /s/ Mark R. Thompson

20. DATE 11/6/2025

| TRANSCRIPT TO BE PREPARED BY | | | ESTIMATE TOTAL | |
|---|---|---|---|---|
| ORDER RECEIVED | DATE | BY | PROCESSED BY | PHONE NUMBER |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

**DISTRIBUTION:**    COURT COPY    TRANSCRIPTION COPY    ORDER RECEIPT    ORDER COPY