Amy J. Gittler (State Bar No. 004977)
Amy.Gittler@jacksonlewis.com
JACKSON LEWIS P.C.
2111 E. Highland Avenue, Suite B-250
Phoenix, AZ 85016
Telephone: (602) 714-7044

David Nenni (admitted *pro hac vice*)
David.Nenni@jacksonlewis.com
JACKSON LEWIS P.C.
201 E. 5th Street
Cincinnati, OH 45202
Telephone: (513) 898-0050

Michael Delikat (admitted *pro hac vice*)
mdelikat@orrick.com
Mark Thompson (admitted *pro hac vice*)
mthompson@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 W 52nd Street
New York, NY 10019
Telephone: (212) 506-5000

*Attorneys for Defendant American Express Company*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Sophia R. Lewis,<br><br>          Plaintiff,<br><br>v.<br><br>American Express Company,<br><br>          Defendant. | Case No:  2:24-cv-03370-PHX-DWL<br><br>**UNOPPOSED MOTION TO ENLARGE TIME TO FILE AMENDED CASE MANAGEMENT REPORT** |

The Court issued an Order this week instructing the Parties to file an Amended Case Management Report within 14 days—on or before December 8, 2025.  [Dkt. 46] Undersigned local counsel for the defense will be out of the country from December 4 through December 11, 2025.  With the Thanksgiving Holiday, and in light of counsel's travel, and to allow counsel to meet and confer regarding the discovery schedule,

Defendant requests that the Court extend the time for filing the Report an additional ten (10) days—through December 18, 2025. Counsel has conferred with Plaintiff's counsel who does not oppose this Motion.

This Motion is filed in good faith and not for the purpose of delay.

DATED:  November 26, 2025.

JACKSON LEWIS P.C.

By:/*s/ Amy J. Gittler*

Amy Gittler
Jackson Lewis P.C.
2111 E. Highland Avenue
Suite B-250
Phoenix, AZ 85016
Telephone: (602) 714-7044
Amy.Gittler@jacksonlewis.com
-and-
David Nenni (admitted *pro hac vice*)
Jackson Lewis P.C.
PNC Building, Floor 26
201 E. 5th St.
Cincinnati, Ohio 45202
Telephone: (513) 898-0050
David.Nenni@jacksonlewis.com

Michael Delikat (admitted *pro hac vice*)
Mark Thompson (admitted *pro hac vice*)
Orrick, Herrington & Sutcliffe LLP
51 W 52nd St,
New York, NY 10019
Telephone: (212) 506-5000
mdelikat@orrick.com
mthomspon@orrick.com

Attorneys for Defendant American Express Company

2

## CERTIFICATE OF SERVICE

I hereby certify that on November 26, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Stephani Lynne Ayers
Government Accountability Project
1612 K St NW, Suite 808
Washington, DC 20006
stephania@whistleblower.org
*Attorneys for Plaintiff*

By: */s/ Amalia Tafoya*

4900-9162-7388, v. 3