Monica M. Ryden (State Bar No. 023986)
Monica.Ryden@jacksonlewis.com
JACKSON LEWIS P.C.
2111 E. Highland Avenue, Suite B-250
Phoenix, AZ 85016
Telephone: (602) 714-7044

David Nenni (admitted *pro hac vice*)
David.Nenni@jacksonlewis.com
JACKSON LEWIS P.C.
201 E. 5th Street
Cincinnati, OH 45202
Telephone: (513) 898-0050

Michael Delikat (admitted *pro hac vice*)
mdelikat@orrick.com
Mark Thompson (admitted *pro hac vice*)
mthompson@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 W 52nd Street
New York, NY 10019
Telephone: (212) 506-5000

*Attorneys for Defendant American Express Company*

## UNITED STATES DISTRICT COURT

### DISTRICT OF ARIZONA

| | |
|---|---|
| Sophia R. Lewis,<br><br>          Plaintiff,<br><br>v.<br><br>American Express Company,<br><br>          Defendant. | Case No:  2:24-cv-03370-PHX-DWL<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL WITHIN THE FIRM** |

Defense counsel hereby gives notice of the following substitution of counsel within the firm as attorneys of record for Defendant American Express Company ("Defendant" or "Amex").

Amy J. Gittler and David Nenni are currently listed as counsel of record. Defendant hereby requests that Ms. Gittler be removed as counsel of record in this

matter.   Monica M. Ryden of Jackson Lewis P.C. hereby enters this notice and substitution of counsel in place of Amy J. Gittler.  Ms. Ryden's contact information is:

Monica M. Ryden (State Bar No. 023986)
**JACKSON LEWIS P.C.**
2111 East Highland Avenue, Suite B-250
Phoenix, AZ  85016
Telephone: (602) 714-7044
Facsimile: (602) 714-7045
Monica.Ryden@jacksonlewis.com

David Nenni of Jackson Lewis remains as counsel of record for Defendant in addition to Ms. Ryden and counsel at Orrick, Herrington & Sutcliffe LLP.

DATED:  January 9, 2026.

JACKSON LEWIS P.C.

By:/*s/ Monica M. Ryden*
    Monica M. Ryden
    Jackson Lewis P.C.
    2111 E. Highland Avenue
    Suite B-250
    Phoenix, AZ 85016
    Telephone: (602) 714-7044
    Monica.Ryden@jacksonlewis.com
    -and-
    David Nenni (admitted *pro hac vice*)
    Jackson Lewis P.C.
    PNC Building, Floor 26
    201 E. 5th St.
    Cincinnati, Ohio 45202
    Telephone: (513) 898-0050
    David.Nenni@jacksonlewis.com

    Michael Delikat (admitted *pro hac vice*)
    Mark Thompson (admitted *pro hac vice*)
    Orrick, Herrington & Sutcliffe LLP
    51 W 52nd St,
    New York, NY 10019
    Telephone: (212) 506-5000
    mdelikat@orrick.com
    mthomspon@orrick.com
    Attorneys for Defendant American Express Company

2

## CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2026, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Stephani Lynne Ayers
**TM Guyer & Ayers & Friends P.C.**
P.O. Box 1061
Medford, OR 97501
stephani@whistleblowerdefenders.com
Attorneys for Plaintiff

By:*/s/ Amalia Tafoya*

4926-4516-5957, v. 3

3