UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 24 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

SOPHIA LEWIS,

     Plaintiff - Appellee,

  v.

AMERICAN EXPRESS COMPANY,

     Defendant - Appellant.

No. 25-7933

D.C. No.
2:24-cv-03370-DWL
District of Arizona,
Phoenix

ORDER

The Clerk is directed to temporarily close this court's docket for administrative purposes until March 6, 2026. This administrative closure is not a decision on the merits and no mandate will issue in connection with this order.

At any time, any party may request that this appeal be reopened.

A dial-in telephone conference will be held on March 2, 2026, at 2:00 pm Pacific Time. Each participant will receive an email with dial-in information.

FOR THE COURT:

By: Roxane Ashe
Circuit Mediator