**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

**FILED**

MAR 30 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

SOPHIA LEWIS,

     Plaintiff - Appellee,

  v.

AMERICAN EXPRESS COMPANY,

     Defendant - Appellant.

No. 25-7933

D.C. No.
2:24-cv-03370-DWL
District of Arizona,
Phoenix

ORDER

This appeal was administratively closed. The appeal is reopened.

The briefing schedule previously set by the court is vacated.

By April 30, 2026, appellant shall file either a motion or a stipulation to

dismiss this matter pursuant to Fed. R. App. P. 42(b), or shall contact the Circuit

Mediator.

FOR THE COURT:

By: Roxane Ashe
Circuit Mediator