Monica M. Ryden (State Bar No. 023986)
Monica.Ryden@jacksonlewis.com
JACKSON LEWIS P.C.
2111 E. Highland Avenue, Suite B-250
Phoenix, AZ 85016
Telephone: (602) 714-7044

David Nenni (admitted *pro hac vice*)
David.Nenni@jacksonlewis.com
JACKSON LEWIS P.C.
201 E. 5th Street
Cincinnati, OH 45202
Telephone: (513) 898-0050

Michael Delikat (admitted *pro hac vice*)
mdelikat@orrick.com
Mark Thompson (admitted *pro hac vice*)
mthompson@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 W 52nd Street
New York, NY 10019
Telephone: (212) 506-5000

Robert Loeb (admitted *pro hac vice*)
rloeb@orrick.com
ORRICK HERRINGTON & SUTCLIFFE LLP
2100 Pennsylvania Ave., NW
Washington, DC 20037
Telephone: (202) 339-8475

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

Sophia R. Lewis,

        Plaintiff,

v.

American Express Company,

        Defendant.

Case No:  2:24-cv-03370-PHX-DWL

**NOTICE OF WITHDRAWAL OF RACHEL SHALEV AS *PRO HAC VICE* COUNSEL FOR DEFENDANT**

Pursuant to Local Civil Rule 83.3(b), notice is hereby given of the withdrawal of

4137-0941-2707.5

the *pro hac vice* appearance of Rachel Shalev as counsel for Defendant American Express Company ("Defendant"). Defendant will continue to be represented by its remaining counsel of record, Monica Ryden and David Nenni of Jackson Lewis PC, and Michael Delikat, Robert Loeb, and Mark Thompson of Orrick, Herrington & Sutcliffe LLP. Defendant further requests that no further notices be given or required of Rachel Shalev in this action, and that no documents or other pleadings in the action be given or served upon her.

DATED:  April 14, 2026.

JACKSON LEWIS P.C.

By:/s/ Monica M. Ryden
    Monica M. Ryden
    Jackson Lewis P.C.
    2111 E. Highland Avenue
    Suite B-250
    Phoenix, AZ 85016
    Telephone: (602) 714-7044
    Monica.Ryden@jacksonlewis.com
    -and-
    David Nenni (admitted pro hac vice)
    Jackson Lewis P.C.
    PNC Building, Floor 26
    201 E. 5th St.
    Cincinnati, Ohio 45202
    Telephone: (513) 898-0050
    David.Nenni@jacksonlewis.com

    Michael Delikat (admitted pro hac vice)
    Mark Thompson (admitted pro hac vice)
    Orrick, Herrington & Sutcliffe LLP
    51 W 52nd St,
    New York, NY 10019
    Telephone: (212) 506-5000
    mdelikat@orrick.com
    mthomspon@orrick.com

2

Robert M. Loeb (admitted pro hac vice)
Orrick Herrington & Sutcliffe LLP
2100 Pennsylvania Ave., NW
Washington, DC 20037
Telephone: (202) 339-8475
rloeb@orrick.com

*Attorneys for Defendant*
*American Express Company*

3

**CERTIFICATE OF SERVICE**

I hereby certify that on April 14, 2026, the foregoing document was electronically transmitted to the Clerk's Office using the CM/ECF System for filing and service on the CM/ECF registrants.

By:     *Amalia Tafoya*

4899-2173-9937, v. 1

4